JOHN H. WILSON, Respondent, *v.* FRED W. WEBBER and FRANCIS N. TREVOR, Appellants, Impleaded with Others.

*Wilson* v. *Whitmore*, 92 Hun, 466, affirmed.
(Argued October 17, 1898; decided November 22, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the fifth judicial department, entered in December, 1895, sustaining plaintiff's exceptions to a dismissal of the complaint by the trial court, ordered to heard in the first instance at General Term, and granting a new trial.

*Edward C. Hart* for appellants.

*William H. Vicary* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.

All concur.